# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-1056-UNA |
| KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants hereby submit this Corporate Disclosure Statement and state as follows:

1. Neither Remilia Corporation LLC nor Remilia Industries LLC have a parent corporation.

2. No publicly held corporation owns more than 10% of the equity in Remilia Corporation LLC or Remilia Industries LLC.

3. All defendants are citizens of the State of Nevada.

OF COUNSEL:

James P. Fieweger
MICHAEL BEST & FRIEDRICH LLP
River Point
444 West Lake Street, Suite 3200
Chicago, IL 60606
(312) 222-0800
Jpfieweger@michaelbest.com

Evan S. Strassberg
MICHAEL BEST & FRIEDRICH LLP
170 South Main Street, Suite 1000
Salt Lake City, UT 84101
(385) 695-6450
Esstrassberg@michaelbest.com

Steven J. Joffee
Ethan J. Bercot
Bradley W. Madsen
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
(801) 833-0500
Sjoffee@michaelbest.com
Ejbercot@michaelbest.com
Bwmadsen@michaelbest.com

Dated: September 27, 2023

　/s/ Catherine G. Dearlove　
Catherine G. Dearlove (#3328)
Matthew D. Perri (#6066)
Andrew L. Milam (#6564)
Cassandra L. Thompson (#6937)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Dearlove@rlf.com
Perri@rlf.com
Milam@rlf.com
CThompson@rlf.com

*Attorneys for Defendants*