**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>     Plaintiffs,<br><br>       v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>     Defendants. | C.A. No. 23-1056-GBW |

**PARTIES' STATEMENT CONCERNING**
<u>**REMOVED CASE PURSUANT TO DEL. LR 81.2**</u>

Plaintiffs Maxwell Roux, John Duff III, Henry Smith, and Bruno Nispel and Defendants Krishna Okhandiar, Remilia Corporation LLC, and Remilia Industries LLC hereby submit this joint statement in accordance with D. Del. LR 81.2.

On September 22, 2023, Plaintiffs filed a Verified Complaint against Defendants in the Court of Chancery of the State of Delaware.  On September 27, 2023, Defendants removed the action to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  D.I. 1.  Defendants have not yet been served in this action and reserve all rights with respect to service of process.

The parties are pursuing mediation and anticipate filing a stipulation to stay this action.  At this time, there are no pending matters that require judicial action.

Dated: October 18, 2023

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steve.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Plaintiffs*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Matthew D. Perri*
Catherine G. Dearlove (No. 3328)
Matthew D. Perri (No. 6066)
Andrew L. Milam (No. 6564)
Cassandra L. Thompson (No. 6937)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Dearlove@rlf.com
Perri@rlf.com
Milam@rlf.com
CThompson@rlf.com

*Attorneys for Defendants*