# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>　　Plaintiffs,<br>v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>　　Defendants. | C.A. No. 1:23-cv-01056-GBW |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David G. Holmes, Esq. of Cross & Simon, LLC, hereby enters his appearance as counsel on behalf of Defendants, Krishna Okhandiar (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya), Remilia Corporation LLC and Remilia Industries LLC, in the above-entitled action.

Dated: February 15, 2024

**CROSS & SIMON, LLC**

*/s/ David G. Holmes*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

*Counsel for Defendants Krishna Okhandiar (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya), Remilia Corporation LLC and Remilia Industries LLC*