**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>    Plaintiffs,<br>v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>    Defendants. | C.A. No. 1:23-cv-01056-GBW |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Steven J. Joffee, Esquire, Evan S. Strassberg, Esquire and Bradley W. Madsen, Esquire of Michael Best & Friedrich LLP to represent Defendants in this matter.

Dated: February 16, 2024

CROSS & SIMON LLC

*/s/ Christohper P. Simon*
Christohper P. Simon (No. 3697)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com
*Counsel for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Gregory B. Williams
United States District Court Judge

**CERTIFICATION BY STEVEN J. JOFFEE TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Utah and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 16, 2024              */s/ Steven J. Joffee*
                                                  Steven J. Joffee, Esq.
                                                  MICHAEL BEST & FRIEDRICH LLP
                                                  2750 East Cottonwood Parkway, Suite 560
                                                  Cottonwood Heights, UT  84121
                                                  Tel: (385) 695-6482
                                                  sjoffee@michaelbest.com

**CERTIFICATION BY EVAN S. STRASSBERG TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Utah and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 16, 2024       */s/ Evan S. Strassberg*
Evan S. Strassberg, Esq.
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT  84121
Tel: (801) 833-0477
esstrassberg@michaelbest.com

**CERTIFICATION BY BRADLEY W. MADSEN TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Utah and Nevada and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 16, 2024  */s/ Bradley W. Madsen*
Bradley W. Madsen, Esq.
MICHAEL BEST & FRIEDRICH LLP
170 South Main Street, Suite 1000
Salt Lake City, UT  84101
Tel: (801) 924-4110
bwmadsen@michaelbest.com