**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>　　Defendants. | C.A. No. 23-1056-GBW |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac* vice of Jonathan P. Hersey and Lea E. Gierut of K&L Gates LLP, 1 Park Plaza, Twelfth Floor, Irvine, CA 92614 to represent plaintiffs Maxwell Roux, John Duff III, Henry Smith, and Bruno Nispel in this matter.

Dated: February 28, 2024　　　　　　　　　**K&L GATES LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Steven L. Caponi*
　　　　　　　　　　　　　　　　　　　　　Steven L. Caponi (No. 3484)
　　　　　　　　　　　　　　　　　　　　　Matthew B. Goeller (No. 6283)
　　　　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 901
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　Phone: (302) 416-7080
　　　　　　　　　　　　　　　　　　　　　steven.caponi@klgates.com
　　　　　　　　　　　　　　　　　　　　　matthew.goeller@kglates.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Maxwell Roux, John Duff III, Henry Smith, and Bruno Nispel*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jonathan P. Hersey and Lea E. Gierut on behalf of Plaintiffs is granted.

Dated: _____                                   _____
                                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 28, 2024                    */s/ Jonathan P. Hersey*
                                            Jonathan P. Hersey
                                            K&L Gates LLP
                                            1 Park Plaza, Twelfth Floor
                                            Irvine, CA 92614
                                            Phone: (949) 253-0900
                                            jonathan.hersey@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 28, 2024

*/s/ Lea E. Gierut*
Lea E. Gierut
K&L Gates LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Phone: (949) 253-0900
lea.gierut@klgates.com