IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 23-1056-GBW |

**STIPULATION AND [PROPOSED] ORDER RE FILING AND
EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiffs Maxwell Roux, John Duff III, Henry Smith, and Bruno Nispel ("Plaintiffs") and Defendants Krishna Okhandiar, Remilia Corporation LLC, and Remilia Industries LLC ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree, subject to Order of the Court, as follows:

WHEREAS, Plaintiffs intend to file an shall file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1).

WHEREAS, Defendants have agreed to accept service of the Summons and First Amended Complaint and will not object to the sufficiency of service of process.

WHEREAS, in exchange for Defendants' acceptance of service of the Summons and First Amended Complaint, and further based on their voluntary dismissal without prejudice of the

transferred action from the United Stated District Court for the District of Nevada, *Okhandiar, et al. v. Smith, et al.*, Case No. 1:24-cv-00193 pursuant to Fed. R. Civ. P. 41(a)(1)(A), Defendants have requested an extension through and including April 12, 2024, to answer, move, or otherwise respond to the First Amended Complaint.

NOW, THEREFORE, the Parties stipulate and jointly request that the Court order:

1. Plaintiffs shall file and serve the First Amended Complaint through the CM/ECF system upon undersigned counsel for the Defendants no later than March 8, 2024;

2. Defendants shall be deemed to have been served with the Summons and First Amended Complaint on the date filed and served; and

3. Defendants shall answer, move, or otherwise respond to the First Amended Complaint no later than April 12, 2024.

Dated: March 1, 2024

| **K&L GATES LLP** | **CROSS & SIMON LLC** |
|---|---|
| */s/ Steven L. Caponi* | */s/ David G. Holmes* |
| Steven L. Caponi (No. 3484) | Christopher P. Simon (No. 3697) |
| Matthew Goeller (No. 6283) | David G. Holmes (No. 4718) |
| 600 N. King St., Suite 901 | 1105 N. Market Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel.: (302) 416-7000 | Tel.: (302) 777-4200 |
| steven.caponi@klgates.com | csimon@crosslaw.com |
| matthew.goeller@klgates.com | dholmes@crosslaw.com |
| -and- | -and- |
| Jonathan P. Hersey (admitted *pro hac vice*) | Steven J. Joffee (admitted *pro hac vice*) |
| Lea E. Gierut (admitted *pro hac vice*) | Evan S. Strassberg (admitted *pro hac vice*) |
| **K&L GATES LLP** | **MICHAEL BEST & FRIEDRICH LLP** |
| 1 Park Plaza, 12th floor | 2750 East Cottonwood Parkway, Suite 560 |
| Irvine, CA 92614 | Cottonwood Heights, UT 84121 |
| Tel.: (949) 253-0900 | Tel: (385) 695-6482 |
| jonathan.hersey@klgates.com | sjoffee@michaelbest.com |
| lea.gierut@klgates.com | esstrassberg@michaelbest.com |

| | |
|---|---|
| *Counsel for Plaintiffs*<br>MAXWELL ROUX; JOHN DUFF III; HENRY SMITH; and BRUNO NISPEL | Bradley W. Madsen (admitted *pro hac vice*)<br>**MICHAEL BEST & FRIEDRICH LLP**<br>170 South Main Street, Suite 1000<br>Salt Lake City, UT 84101<br>Tel: (801) 924-4110<br>bwmadsen@michaelbest.com |
| | *Counsel for Defendants*<br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC; and REMILIA INDUSTRIES LLC |

## ORDER GRANTING STIPULATION

IT IS SO ORDERED.

Dated: _____

_____
Honorable Gregory B. Williams
UNITED STATES DISTRICT JUDGE