IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISHNA OKHANDIAR, REMILIA CORPORATION LLC, a Delaware limited liability company, and REMILIA INDUSTRIES, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | C.A. No. 1:23-cv-01056-GBW |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Krishna Okhandiar ("Okhandiar"), Remilia Corporation LLC ("RemCorp"), and Remilia Industries LLC ("RemIndustries") (collectively "Defendants"), by and through undersigned counsel, hereby respectfully move an order dismissing Counts I, II, III, IV, V, VI, VII, VIII, IX, and XIII of Plaintiffs' first amended complaint ("First Amended Complaint") pursuant to Rule 12 of the Federal Rules of Civil Procedure. In support of Defendants' motion, Defendants have filed, simultaneously herewith, an opening brief (the "Opening Brief") in accordance with D. Del. LR 7.1.3. Defendants incorporate the Opening Brief by reference as if fully set forth herein. Defendants respectfully request the Court dismiss the First Amended Complaint filed by Plaintiffs.

In the alternative, if the Court agrees with Defendants that Plaintiffs have failed to adequately plead the factual basis for their claims but concludes that dismissal of any or all of the claims targeted in this motion is not merited, Defendants ask the Court to order Plaintiffs to provide a more definite statement of their claims pursuant to Fed. R. Civ. P. 12(f).

| | |
|---|---|
| Dated: April 12, 2024 | CROSS & SIMON, LLC |

*/s/ David G. Holmes*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 3697)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel:  (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

- and -

Bradley W. Madsen, Esq
Steven J. Joffee, Esq.
Evan S. Strassberg, Esq.
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT  84121
Tel: (801) 833-0477
bwmadsen@michaelbest.com
sjoffee@michaelbest.com
esstrassberg@michaelbest.com

*Attorneys for Defendants*