IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>  Plaintiffs,<br><br>  v.<br><br>KRISHNA OKHANDIAR, REMILIA CORPORATION LLC, a Delaware limited liability company, and REMILIA INDUSTRIES, LLC, a Delaware limited liability company,<br><br>  Defendants. | C.A. No. 1:23-cv-01056-GBW |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, for a More Definite Statement (the "Motion"), and any response thereto, if any,

IT IS HEREBY ORDERED this ___ day of _____, 2024, that the Motion is GRANTED, and Counts I, II, III, IV, V, VI, VII, VIII, IX, and XIII of the First Amended Complaint are DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE