## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 23-1056-GBW |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING BRIEFING ON MOTION TO DISMISS

WHEREAS, on March 8, 2024, Plaintiffs Maxwell Roux, John Duff III, Henry Smith, and Bruno Nispel (collectively, "Plaintiffs") filed their First Amended Complaint (D.I. 16);

WHEREAS, on April 12, 2024, Defendants Krishna Okhandiar (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, Missjo, And Sonya); Remilia Corporation LLC; And Remilia Industries LLC (collectively, "Defendants") filed Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, for a More Definite Statement (the "Motion") (D.I. 20);

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. Plaintiffs shall file their answering brief in opposition to the Motion on May 7, 2024; and

2. Defendants shall file their reply brief in support of their Motion on May 24, 2024.

Dated: April 19, 2024

| **K&L GATES LLP** | **CROSS & SIMON LLC** |
|---|---|
| */s/ Steven L. Caponi* | */s/ David G. Holmes* |
| Steven L. Caponi (No. 3484) | Christopher P. Simon (No. 3697) |
| Matthew Goeller (No. 6283) | David G. Holmes (No. 4718) |
| 600 N. King St., Suite 901 | 1105 N. Market Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel.: (302) 416-7000 | Tel.: (302) 777-4200 |
| steven.caponi@klgates.com | csimon@crosslaw.com |
| matthew.goeller@klgates.com | dholmes@crosslaw.com |
| -and- | -and- |
| Jonathan P. Hersey | Steven J. Joffee |
| Lea E. Gierut | Evan S. Strassberg |
| **K&L GATES LLP** | **MICHAEL BEST & FRIEDRICH LLP** |
| 1 Park Plaza, 12th floor | 2750 East Cottonwood Parkway, Suite 560 |
| Irvine, CA 92614 | Cottonwood Heights, UT 84121 |
| Tel.: (949) 253-0900 | Tel: (385) 695-6482 |
| jonathan.hersey@klgates.com | sjoffee@michaelbest.com |
| lea.gierut@klgates.com | esstrassberg@michaelbest.com |
| *Counsel for Plaintiffs Maxwell Roux; John Duff III; Henry Smith; And Bruno Nispel* | Bradley W. Madsen |
| | **MICHAEL BEST & FRIEDRICH LLP** |
| | 170 South Main Street, Suite 1000 |
| | Salt Lake City, UT 84101 |
| | Tel: (801) 924-4110 |
| | bwmadsen@michaelbest.com |
| | *Counsel for Defendants Krishna Okhandiar (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, Missjo, And Sonya); Remilia Corporation LLC; And Remilia Industries LLC* |

2

IT IS SO ORDERED this ___ day of April, 2024.

_____
Honorable Gregory B. Williams
UNITED STATES DISTRICT JUDGE