**K&L GATES**

February 23, 2026

Matthew B. Goeller
Matthew.goeller@klgates.com

T 302-416-7080

**Via Electronic Filing**
The Honorable Gregory B. Williams
US District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Roux, et al v. Okhandiar, et al*, C.A. No. 23-1056-GBW

Dear Judge Williams:

The parties have met and conferred regarding a scheduling order for this case and have agreed on all proposed and requested dates and other issues.  Attached for the Court's consideration and filing is a Proposed Scheduling Order consistent with the Court's form incorporating the parties' agreed-upon dates.

The only items outstanding in the Proposed Scheduling Order relate to the scheduling of the pretrial conference and trial.  Subject to the Court's availability, the parties have proposed a pretrial conference on September 13, 2027, at 11:00 a.m., with a requested trial date in Q4 2027.

Should Your Honor require anything further, Counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Matthew B. Goeller*

Matthew B. Goeller (No. 6283)

cc:    All counsel of record via CM/ECF

K&L GATES LLP
600 N. KING STREET   SUITE 901   WILMINGTON   DE 19801
T +1 302 416 7000  F +1 302 416 7020  klgates.com

1607352049.1