# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISHNA OKHANDIAR, REMILIA CORPORATION LLC, a Delaware limited liability company, and REMILIA INDUSTRIES, LLC, a Delaware limited liability company,<br><br>Defendants. | CIVIL ACTION NO. 1:23-CV-01056-GBW |

## NOTICE OF SERVICE
## DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Please take notice that on March 24, 2026, Defendants served their Rule 26(a)(1) Initial Disclosures via electronic mail to the following:

K& L Gates LLP
Steven L. Caponi
*steven.caponi@klgates.com*
Matthew B. Goeller
*matthew.goeller@klgates.com*
Jonathan P. Hersey
jonathan.hersey@klgates.com
Lea E. Gierut
lea.gierut@klgates.com

Dated: March 25, 2026

CROSS & SIMON, LLC

*/s// David G. Holmes*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

- 1 -

- 2 -

- and -

Steven J. Joffee, Esq.
Evan S. Strassberg, Esq.
Bradley W. Madsen, Esq
MICHAEL BEST & FRIEDRICH LLP
650 South Main Street, Suite 500
Salt Lake City, UT  84101
Tel: (801) 833-0477
sjoffee@michaelbest.com
esstrassberg@michaelbest.com
bwmadsen@michaelbest.com

- 2 -