## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL, <br><br> Plaintiffs, <br><br> v. <br><br> KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 23-1056-GBW |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 24, 2026, a true and correct copy of *Plaintiffs'*

*26(a)(1) Initial Disclosures* was served, via electronic mail, upon the counsel of record:

> Christopher P. Simon
> David G. Holmes
> Cross & Simon, LLC
> 1105 North Market Street, Suite 901
> Wilmington, DE  19801
> csimon@crosslaw.com
> dholmes@crosslaw.com

> Steven J. Joffee *(pro hac vice)*
> Michael Best & Friedrich LLP
> 650 South Main Street, Suite 500
> Salt Lake City, UT  84101
> sjoffee@michaelbest.com

Evan S. Strassberg *(pro hac vice)*
Michael Best & Friedrich LLP
650 South Main Street, Suite 500
Salt Lake City, UT  84101
esstrassberg@michaelbest.com

Bradley W. Madsen *(pro hac vice)*
Michael Best & Friedrich LLP
650 South Main Street, Suite 500
Salt Lake City, UT  84101
bwmadsen@michaelbest.com

Dated: March 25, 2026

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

-and-

Jonathan P. Hersey (*pro hac vice*)
K&L Gates LLP
1 Park Plaza, 12th floor
Irvine, CA 92614
Tel.: (949) 253-0900
jonathan.hersey@klgates.com

*Attorneys for Plaintiffs*
*Maxwell Roux, John Duff III, Henry Smith, and*
*Bruno Nispel*

2