## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAXWELL ROUX, JOHN DUFF III,
HENRY SMITH & BRUNO NISPEL,

      Plaintiffs,

       v.

KRISHNA OKHANDIAR, REMILIA
CORPORATION LLC & REMILIA
INDUSTRIES LLC,

      Defendants.

Civil Action No. 23-1056-GBW

---

## ORDER

At Wilmington this 31st day of March 2026, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, for a More Definite Statement ("Motion") (D.I. 20) is **GRANTED-IN-PART** and **DENIED-IN-PART**, as follows:

1. Defendants' Motion is **GRANTED** with respect to Counts I-VII and XIII of the First Amended Complaint.

2. Counts I, III-VII, and XIII are **DISMISSED WITHOUT PREJUDICE.**

3. Count II is **DISMISSED WITH PREJUDICE.**

4. The remainder of Defendants' Motion is **DENIED.**

5. By no later than thirty (30) days from the entry of this Order, Plaintiffs may file a

Second Amended Complaint, if they choose and reasonably believe they can cure

the deficiencies raised within the accompanying Memorandum Opinion.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2