# Exhibit M

9:51



# Post





♡ **Charlotte Fang**   **Crown Prince**
@CharlotteFang77

•••

After this event I'll be moving the treasury funds from crypto into the fiat business bank accounts. I think a significant part of the greed and entitlement generated here is rooted in low level team having visibility on funds they normally would never have in a company.

5:28 PM · 9/11/23 from Earth · **10.3K** Views

**7** Reposts  **3** Quotes  **132** Likes  **9** Bookmarks

# Exhibit N

Case 1:23-cv-01056-GBW    Document 34-3    Filed 04/30/26    Page 4 of 46 PageID #: 803

♡ **Charlotte Fang**  **Crown Prince**
@CharlotteFang77

Good morning. A developer who worked on Bonkler took steps that allowed him to divert ~$1MM USD in Remilia's generated fees.

The Bonkler reserves, main contract and NFTs are safe; only Remilia's revenue from Bonkler was compromised.

We've temporarily paused Bonkler's daily mint and will revive it with the completion of the planned v2 upgrade that also enables Bonkler-collateralized loans and treasury deployment.

All Remilia NFTs, metadata and domains remain secure. This does not affect the sanctity of existing Bonklers.

The developer also seized codebases and coordinated with two others on the team in an attempt to seize control of our social media, followed by demands for a significant portion of our treasury, including the NFT reserves.

However, some serious miscalculations were made—we easily identified the individuals

Post your reply

The rest of the official social media remains valid (@YayoCorp, @BonklerNFT, ig: remiliaco, ig: milady.maker, sc: remiliaco)

Needless to say those who threatened the blessed kingdom of Remilia for mere financial gain will face a dramatic and just retribution without sympathy.

By targeting Remilia's reserves, they attacked not just Remilia and the vision, but every one of you who has placed your faith in us.

They sought money for themselves, but in exchange would have unraveled everything we've built, and destroyed the untold value entrusted in Remilia. As such, this was violence not simply on my team, but on my world and my people.

For such viciousness, I can give no quarter—the individuals involved have been terminated from Remilia Corporation, and will now be dealt with through the heavy hand of the law.



Post your reply

Case 1:23-cv-01056-GBW    Document 34-3    Filed 04/30/25    Page 6 of 46 PageID #: 805

 
♡ **Charlotte Fang**  **Crown Prince**    ...
@CharlotteFang77

The fact that I refused the threats and challenged them to court, first privately then publicly, alone demonstrates who stands with truth. If they had any interest in actually preserving the community they want ownership over, and believed their claims had any legs to stand on, they would cease FUD immediately, return all the seized property and let this be resolved legally in private.

BTW, idk why lie about the chain but the transaction where the developer transferred ownership over the Bonkler secondary contract controlling the funds to his personal wallet is here, same week as the other illegal activities listed in the lawsuit:

etherscan.io/tx/0xa49b6d863...

twitter.com/Milady_Sonoro/...

4:02 PM · 9/12/23 from Earth · **2,353** Views

**9** Reposts  **44** Likes  **2** Bookmarks

individuals pertaining to this case all sent their doxxed names in the extortion letter and the case is public information. They doxxed themselves first, while carrying out a crime no less which itself is absurd and hilarious.

Charlotte Fang has always been the sole owner of Remilia Corporation. The Remilia Collective is a separate terminology which denotes the collection of creators and artists in a nonbusiness capacity. At no point has this organization ever been part of a committee, council, board, or any kind of leadership beyond Fang's sole authority. Furthermore, in an artistic capacity, Fang is chiefly the force behind Remilia's momentum as both a business entity and cultural force. His curation and direction is what makes us successful.
Post-authorship is a terminology used in context of creators paywalling content or making the proliferation of media, content, information, or memes restricted through copyright. It also critiques attaching ego to creation and employing scarcity mindset towards your own creations. Post-authorship is the state of allowing your own creations to be regurgitated or subsumed into other creations to accelerate the evolution of an idea or art, and it is crucial to memes and memetic spread. Post-authorship as a concept is not contradicted by Remilia taking steps to protect financial assets and branding which is used to uphold the integrity and success of the company, which itself exists to create larger projects over time which are designed towards helping save the internet and therefore society as a whole from various pending disasters, such as the looming dissipation of information through poor data storage, the disruption of free speech, and the encroachment of refinement monopolization from large companies, to name a few.

I am not at liberty to discuss Remilia's developments or business with VC funding at this time, I cannot confirm or deny.

The individuals committing theft and conspiracy to extort attached their full legal doxxed names to a demand letter after having committed serious crimes because ?????????????
No actually, we don't know and we'd like to.

We believe that the individuals named within the extortion letter had seriously mislead their own legal counsel to both the nature of their employment in Remilia and their own actions.

4:48 PM · Sep 11, 2023 · **15.8K** Views

♡ 9          ⟲ 37          ♡ 180          🔖 61          ⬆

**blockchainblaze** ✓ @highwaybicycle · Sep 12

By my estimation, Charlotte's decision to sue for the recovery of $1 million in funds from former team members, has at this time resulted in the loss of 5000 eth or about $7 million of erasure from the Milady Maker market cap (not including Remilio). This observation will seem... Show more

○ 4          ⟲ 1          ♡ 10          ⅰⅼⅰ 2,143          ↥

**Scorched Earth Policy** @Scearpo · Sep 12

This is asinine. What would the losses have been if he just rolled over and allowed his company to be destroyed? What was your analysis when we had a world ending cancel last year and came back as a Top 3 NFT? Judging losses on a Day 1 volatility? Lol, lmao.

○ 1          ⟲ 2          ♡ 19          ⅰⅼⅰ 749          ↥

**blockchainblaze** ✓ @highwaybicycle · Sep 12

Write it off as a severance bonus and don't fuck with people's bags? Idk

○ 1          ⟲          ♡          ⅰⅼⅰ 231          ↥

**Scorched Earth Policy**
@Scearpo

Tell that to the perpetrators who tried to rug everyone. Everything you say is complete nonsense I'd write off as ignorance but tbh you seem extremely disingenuous. Have a nice life.

5:04 PM · Sep 12, 2023 · **139** Views

○          ⟲          ♡ 6          🔖          ↥

**Scorched Earth Policy**
@Scearpo

You haven't addressed that Charlotte Fang is the artist behind Remilia. He is the only person in Remilia to properly canonize our work, create context and meaning to give it cultural relevance, and all the work Remilia has produced is directly due to his vision, curation, direction, and initiative. Every single fashion asset Milady Maker uses was directly handed to Sprite by Charles, and Sprite in fact only produced 1/3rd of all the assets. Charles used the same degree of curation and direction in projects such as Remilio and Bonkler, Bonkler's auctioncore model was discussed and planned by him two years ago before Remilia even existed.

"Artists are always right" is a childish generalization which first isn't true, and second doesn't acknowledge the primary difference between an actual artist versus someone who just illustrates or produces media. An artist is more than just rote creation of content, an artist uses cultural context to create meaningful work which transcends feeling into a metaphysical state and provides a direct reflection of the society and environment in which the art was produced. Sprite was a contractor who was guided into upholding a persona Charlotte Fang gave him, one which only existed after the cancel as a response to piss poor TL presence. He was essentially a mascot who got paid more than even Charlotte Fang did.

The actions of the people in the legal complaint were fundamentally criminal acts. There is absolutely zero room for interpretation, you are defending someone who betrayed all of his friends. You are defending people who had no intent to continue Remilia operations, they were going to gut the treasury, take their cut, and run this company completely into the ground, taking down all the projects with them. I find you to be a disingenuous opp peddling a crude obvious disinfo campaign at worst, at best just being largely ignorant.

2:59 PM · Sep 11, 2023 · **15.8K** Views

# Exhibit O

4. The developer had no right to maintain ownership over the Bonkler contract, disobeyed the order to transfer ownership to the standard 0xB52 personal wallet before launch, as is the policy for all our releases, and did so without me realizing because. he did not disclose the existence of a second contract that actually held control over our revenue which was always ordered to be directed to the 0xB52 wallet. It would be incredible to see them try and make this hold up court.

# Exhibit P

**vers and lukas (podcast)** ✔ @versandlukas · 11h
MILADY BONUS PODCAST

Lukas talks about his highest-stake podcast of all time: the speech he gave at @CharlotteFang77's wedding. Milk (Lukas' manager) joins to give us the scoop on the upcoming Remilia Quarterly project



2:06 / 59:47 🔊 ⚙ ↗

💬 5          ↻ 11          ♡ 63          ᎥᎥᎥ 9,288          ↥

**vers and lukas (podcast)** ✔ @versandlukas · 11h
Charlie told us to upload the episode at 1.5x speed like the clips are because he hates low information density. Vers pushed back – "if they want to speed it up they can just change the video's playback speed??"

Is Charlie delusional??

| Yes, 1.0x is best |
|---|

| No, 1.5x is way better |
|---|

147 votes · 12 hours left

💬 2          ↻          ♡ 4          ᎥᎥᎥ 900          ↥



**vers and lukas (podcast)** ✦ @versandlukas · 21h

Bonus sad clip, the milady coup is rumored to have been planned in the midst of charlie's wedding 😭



**We're**

1:01

54

 **vers and lukas (podcast)** ✔ @versandlukas · 21h

Lukas tells his experience attending charlie's wedding

12:51

 15    🔁 23    ♡ 134    📊 26K

# Exhibit Q

timestamp, military time EST timezone 04-20-23 19:30



**Wonyoung Jang**  13:42

Can you transfer contract <mark>ownership</mark> to remiliacollective.eth before first NFT is minted so that opensea recognizes it as collection owner



**Wonyoung Jang**  15:18



Wonyoung Jang 17.04.2023 15:18:32

@ika_t can you make this the nft meta descriptino on all bonklers

Bonkler is a World Fair for the Internet. Bonkler is the auction that runs forever, higher & higher, with you & me, together. Bonkler is a Grand New Experimental Financial Adventure from your friends at the genius avant art collective, Remilia Corporation.

**ika**  16:35

In reply to this message

done

# Exhibit R

9:15

Posts    Replies    Media    Likes

♡ **Charlotte Fang** 🐉 **Crown Prince** · 2h

Its true Remilia has a ~30 person team, not including our dev roster, as I invest into verticals to expand influence in fashion, lit & music. 3 involved were at bottom of the hierarchy, as individual contributors with no direct reports before termination. Threatened my whole team

>  **⁺*✝♡raven✝♡*⁺ʕ•ᴥ•ʔ𝔅𝔑𝔊☆ ⋛** · 5h
>
> i'm going to say something some of you may disagree and potentially resent me for and it's ok but this is how i feel honestly.
>
> the remilia situation at hand ... Show more

💬 3        🔁 8        ♡ 148        11K

♡ **Charlotte Fang** 🐉 **Crown Prince** · 2h

Reason they had access levels they did to take the actions they did—or enjoy the very generous wages they did, compared to their experience/responsibilities—is I hired them as irl friends & wrongly assumed that meant loyalty & trustworthiness, not envy & entitlement. My mistake.

💬 4        🔁 8        ♡ 89        2,412

Case 1:23-cv-01058-GBW   Document 34-3   Filed 04/30/26   Page 19 of 46 PageID #: 818

 ♡ **Charlotte Fang** 🐉 **Crown P...** •••
@CharlotteFang77

they're confusing the guys in the mickey mouse costume for the men in walt disney's office. social media interns do not make a company



10:38 PM · 9/11/23 from Earth · **384** Views

8 **Retweets** 1 **Quote** 20 **Likes** 1 **Bookmark**

 Tweet your reply



**4:32**

2. The core teams working on Milady and Remilio were very happily and generously compensated with a cut of the revenue, about 6 figs each for about 1 month work. The 3 named in the suit happily accepted. They were made offers to join Remilia on an on-going basis in regular roles normal to a company, such as designer, illustrator, developer, etc. Not everyone accepted. The 3 happily accepted. Sprite has never raised a concern about wanting additional compensation or equity and never negotiated equity at that time or ever.

3. The lawsuit was filed due to the seizure of corporate property immediately preceding the exorbitant demand to transfer all of Remilia's stablecoin and NFT treasury into an entity split evenly under 5 way control. They threatened to go public first and refused to accommodate the cease and desist or engage private arbitration. I took the action to freeze Bonkler to protect the community interest.

4. The developer had no right to maintain ownership over the Bonkler contract, disobeyed the order to transfer ownership to the standard 0xB52 personal wallet before launch, as is the policy for all our releases, and did so without me realizing because. he did not disclose the existence of a second contract that actually held control over our revenue which was always ordered to be directed to the 0xB52 wallet. It would be incredible to see them try and make this hold up court.

5. Jimbo was actually once delivered a letter of intent of co-founder, shown there, but rejected due to the full-time commitment. He never took on the role or received the wages entailed

5. Jimbo was actually once delivered a letter of intent of co-founder, shown there, but rejected due to the full-time commitment. He never took on the role or received the wages entailed, received any company email or joined in any work platforms. The letter also explicitly stated that any equity is not being promised at this time and would be determined later after I fleshed out my team and infrastructure. This never happened since he rejected the role, and was only thereafter retained on the occasional project-basis. It would be incredible to see them try and make this hold up court.

# Exhibit S

4:32     72

2. The core teams working on Milady and Remilio were very happily and generously compensated with a cut of the revenue, about 6 figs each for about 1 month work. The 3 named in the suit happily accepted. They were made offers to join Remilia on an on-going basis in regular roles normal to a company, such as designer, illustrator, developer, etc. Not everyone accepted. The 3 happily accepted. Sprite has never raised a concern about wanting additional compensation or equity and never negotiated equity at that time or ever.

3. The lawsuit was filed due to the seizure of corporate property immediately preceding the exorbitant demand to transfer all of Remilia's stablecoin and NFT treasury into an entity split evenly under 5 way control. They threatened to go public first and refused to accommodate the cease and desist or engage private arbitration. I took the action to freeze Bonkler to protect the community interest.

4. The developer had no right to maintain ownership over the Bonkler contract, disobeyed the order to transfer ownership to the standard 0xB52 personal wallet before launch, as is the policy for all our releases, and did so without me realizing because. he did not disclose the existence of a second contract that actually held control over our revenue which was always ordered to be directed to the 0xB52 wallet. It would be incredible to see them try and make this hold up court.

5. Jimbo was actually once delivered a letter of intent of co-founder, shown there, but rejected due to the full-time commitment. He never took on the role or received the wages entailed



**cyberbaby:angel.eth** @bby_angel_sera 18h

how can anyone have equity in milady when it's under the viral public license?

💬 2          🔁          ♡ 4          📊 381          ⬆️

♡ **Charlotte Fang** 🔱 **Crown Prince**
@CharlotteFang77

Can't. Their demand wasn't for Milady IP (effectively public domain), it was primarily for Remilia's stablecoin/eth/fumo treasury, Milady/Remilio/etc NFT reserves, and the software IP, namely Remichat R&D.

2:03 AM · Sep 13, 2023 · **221** Views

16:30

 **Post**

 **Mark Zuckerberg** @realmarkzucc · 6h
I hope anyone takes over treasury besides @CharlotteFang77 because I still haven't been paid for the art I made for milady.

💬 5          ⟲ 2          ♡ 6          �archives 592          ⬆

 ♡ **Charlotte Fang** 🐉 **Crown Prince** ···
@CharlotteFang77

Is this a serious post or troll? I'm not familiar what work you've done, but there was internal sabotage in last few months including specifically on the delivery of Milady 3D, which it seems you touched on, so wouldn't be surprised. If serious, DM me & I'll direct you to our accountant.

12:31 · 12/09/2023 from Earth · **522** Views

**1** Quote  **7** Likes

 💬          ⟲          ♡          🔖           ⬆

 Post your reply

 🏠          🔍          👥          🔔          ✉

# Exhibit T



## 🍲 Soupchat 🍲

Yeah like  "ive been in hot pot and remilia for as long as sprite has if not longer, I am an artist and my art in the original netspi show, Ive known and followed charlie for years. what theyre claiming and doing is insane. they are not remilia" etc

👍 1    ❤️ 1

your own honest thoughts but that jist

Dont post now but for later

I think a few statements tomorrow should help make clear remilia is not just milady

sprite and jimbo etc are demanding ownership over all of remilia but making people think its just about milady

❤️ 1

♡ Charlotte Fang 🔁 Crown Prince · 9:01 PM

also that Im the one acting greedy and exploiting artists, when theyre the ones trying to rugpull everyone while all the money and brand Im trying to protect goes into platforming art and the culture

 1

↪ Replying to growltiger the pirate cat (Charlie Fang SUPERFAN)

i can make one if u want me too



sam u should just get mad and say your peace. go on sprites page and yell at his post

 

 ♡ Charlotte Fang 🔄 Crown Prince · 9:03 PM

# Exhibit U

**Scorched Earth**
@xinma333

https://twitter.com/wintersgrasp1

is a lurker alt with history, recommend using for simple innocent curious questions

punished milady on standby for more direct

**Miss Jo**                                                    02:25

lurker QT this on your remilio alt with:

https://twitter.com/charlottefang77/status/1637210405591306240?
s=46&t=ms_3z3jB2jS1uHtU3TJyGw

I know remilia is gonna win because charlie calls whales and vc's out on
their virtue the same as he does anyone else, he's the only one that
cares about integrity at all costs

**lurker**                                                    02:25

ok boss

**dolls**                                                     02:26

i think charlotte fang the twitter account should start regularly and
sincerely saying "slay"

**lurker**                                                    02:26

In reply to this message

https://twitter.com/wintersgrasp1/status/1637264123363831808?
s=20



**wintergreen1** @wintergreen1 · Nov 15

Replying to @ccccaa13

was it worth ruining your life completely so you could spend the last few months of your free life making dull posts to make yourself forget you're going to jail

      6

wintergrasp on X: "@matrix_wizard @Milady_Sonoro @miladymaker @REMILIONAIRE betraying your friends, stealing, extorting, and trying to rug any entire community is wrong Sprite is definitely going to prison." / X

**Charlotte Fang 🟣 Crown Prince 🌸 LOV** ✔ @Charlotte · Dec 18, 2023

This is accurate; it is a fact Sprite was just one of three illustrators assigned to Milady, directly tracing reference assets handed to him by my curation, contributed by the Remilia groupchat members. I haven't done a hard count but he's probably responsible for around 30-50%...

Show more



 **surfy** @suryfy · Dec 18, 2023

Sprite you don't have any "vision". Milady was a group work you're trying to steal the credit for when you were you just drawing assets handed to you. You didn't even draw "original milady", you traced Hororo bottle fairy, just like all your other "art"  ...

💬 20          ⟲ 38          ♡ 248          �www 62K          🔖 ⬆

 **futuresight**          •••
@acc_0x

wow so sprite just takes credit for other people's work lol

4:53 AM · Dec 19, 2023 · **81** Views



**rocket launcher**
@ACCELERATECUTE

you are pathetic for attempting to appeal to the good nature of the community after damaging the entire ecosystem out of selfish greed, any credibility you had is gone and you will never again have the same influence that you did under charlies guidance.

12:45 AM · Dec 20, 2023 · **79** Views

**Remilio Babies** 🚀✅ @REMILIONAIRE · Dec 18, 2023

>hacked

💬 2　　⟲　　♡　　📊 65　　🔖 ⬆

**rocket launcher** @ACCELERATECUTE · Dec 18, 2023

do you prefer "stolen"? you fucking trashlord looser dopehead 😿

💬　　⟲　　♡ 7　　📊 24　　🔖 ⬆

**rocket launcher** @ACCELERATECUTE · Dec 18, 2023

Replying to @REMILIONAIRE

its really sad using stolen accounts to shill low effort grifts, dont think that you will be able to cover the damages with profits from this lol

💬　　⟲　　♡ 8　　📊 72　　🔖 ⬆

**Milady Maker!!** ⭐ @miladymaker · Dec 18, 2023

⭐ Official Statement:

This account is the property of Milady Sonora @Milady_Sonoro , the original artist behind the Milady Maker project. It will continue to serve as a platform for delivering new work to our fans, extending and honoring the original vision of Milady.

💬 48　　⟲ 39　　♡ 107　　📊 38K　　🔖 ⬆

**rocket launcher** @ACCELERATECUTE · Dec 18, 2023

You are a thief and a liar and the community disowns you, just digging your own grave

💬 1　　⟲　　♡ 6　　📊 65　　🔖 ⬆

Milady Maker @... · Dec ... 2023

⭐ SURPRISE DROP: STICKER MILADY ⭐

HUGE FREE WHITELIST

Sticker Milady is 8,888 blokette mcbling subversive core princess-coded grunge y2k post-neochibi pfpNFTs. Its a collage blending physical and digital textures for a unique aesthetic experience.

stickermilady.org



0:04

💬 166          ⇄ 154          ♡ 207          ▎▎▎ 146K          🔖 ⬆

rocket launcher @ACCELERATECUTE · Dec 18, 2023          …
wow using a stolen account to shill derivative grifts, this is a new low

💬          ⇄          ♡ 7          ▎▎▎ 48          🔖 ⬆

**Remilio Babies** 🅧 @REMILIONAIRE · Dec 19, 2023
#NewProfilePic



○ 4          ⟲ 6          ♡ 78          ᴫ 5.4K          🔖 ⬆

**rocket launcher**                                         ...
@ACCELERATECUTE

now change the @ to "poorfaglooser"

1:56 PM · Dec 19, 2023 · **104** Views

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 24   ⋯



I'm not finished yet.

0:26

💬 10          🔁 15          ♡ 119          📊 3.9K          🔖  ↥

**domain** @X9Domain · Jan 24   ⋯
which one is it gonna be this time, another rugpull or just stealing again

💬 2          🔁          ♡ 6          📊 144          🔖  ↥

 Followed by some accounts you follow

**Remilio Babies** 🚀 ✅   ⋯
@REMILIONAIRE

>Joined January 2024
>Only 2 posts

Obvious remifed is obvious. Hot pot slacking.

11:35 AM · Jan 24, 2024 · **165** Views

💬          🔁          ♡ 6          🔖  ↥

**Remilio Babies** 🚀 ✓ @REMILIONAIRE · Jan 6    ···
Good Morning...

NEVER let them know youre at 1 HP....



💬 9          ↻ 3          ♡ 70          ᵢₗᵢ 7.9K          🔖 ↥

👤 Followed by some accounts you follow

**system**          ···
@syst3m99

kinda sad posting this since you will never be able to afford one at this
rate after charlie finishes bleeding you dry lol

3:42 PM · Jan 6, 2024 · **233** Views

💬 2          ↻          ♡ 5          🔖          ↥

✦ See similar posts                                              →

**Post your reply**                                    Reply

**Remilio Babies** 🚀 ✓ @REMILIONAIRE · Jan 6    ···
>joined december 2023
>zero posts
>all likes on above tweet are from private accounts

Remifed alt detected. Try harder.

💬 1          ↻          ♡ 1          ᵢₗᵢ 153          🔖 ↥

**system** @syst3m99 · Jan 6          ···
seethe, enjoy lifelong poverty

💬 1          ↻          ♡ 4          ᵢₗᵢ 116          🔖 ↥

**Remilio Babies** 🚀 ✓ @REMILIONAIRE · Jan 6    ···
Imagine doing this for free

💬 1          ↻          ♡          ᵢₗᵢ 108          🔖 ↥



Senator Skelz   @Centrozin4manuel · Jan 13

4/5 Continued sales activity and trading volume point to its potential as a leading generative #pfp collection on #ethereum.

It is worthy of note that this pfp NFTs were created by @Milady_Sonoro 😡

♡ 2            ⇄            ♡ 53            ılıl 173            🔖 ⬆️



**system**
@syst3m99                                                              ···

sprite was a contracted illustrator who stole from remilia this is misinfo,

4:17 AM · Jan 13, 2024 · 41 Views

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6
Imagine doing this for free

💬 1    🔁    ♡    📊 108    🔖 ⬆️

**system** @syst3m99 · Jan 6    ···
you type like a redditor

💬 1    🔁    ♡ 4    📊 97    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6    ···
retard

💬 1    🔁    ♡    📊 99    🔖 ⬆️

**system** @syst3m99 · Jan 6    ···
gonna block me soon pussy?

💬 1    🔁    ♡ 1    📊 97    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6    ···
🫤

💬 1    🔁    ♡    📊 105    🔖 ⬆️

**system** @syst3m99 · Jan 6    ···
😹👋 your bloodline is relegated to third world poverty status, thanks for playing! 🥂

💬 1    🔁    ♡ 5    📊 94    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6    ···
I know for a fact you are much poorer than i am. So why do this for free?

💬 1    🔁    ♡ 1    📊 100    🔖 ⬆️

**system** @syst3m99 · Jan 6    ···
because its fun to trigger you

💬 1    🔁    ♡ 1    📊 85    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6    ···
i hope you find peace

💬 1    🔁    ♡    📊 86    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6    ···
Gay post

💬 1    🔁    ♡ 1    📊 90    🔖 ⬆️

**system** @syst3m99 · Jan 6    ···
you are insecure lol

💬 1    🔁    ♡ 4    📊 91    🔖 ⬆️

**Remilio Babies** 🚀 ✅ @REMILIONAIRE · Jan 6



dragonkagura
@dragonkagura

They stole on-chain. There's no winning, just if Charlie decides to let them go, and if they keep a bounty or he forces them into generational debt

4:09 AM · Feb 29, 2024 · **13** Views



**Sprite Bonkler** @Milady_Sonoro · Nov 16, 2023

Gonna be using this grant to make bonkler wiki lore and fund humorous and arcane systems of organizing, appraising and finding links between items in the Bonkler collection.
This will be community directed, if you have any interesting ideas or talents you want to lend, DM me.



**danny** ✓ @daranda · Nov 16, 2023

Update: we have a winner

@Milady_Sonoro will use Party to lead a collaborative wiki-as-fiction lore project for @BonklerNFT

...

Show more

💬 14          🔁 9          ♡ 89          📊 21K          🔖 ⬆️



**dragonkagura**
@dragonkagura                                                                     ···

so, you had to suck off dan keller to completion for a measly 2 eth so you could make bonkler Reddit?

1:52 PM · Nov 16, 2023 · **118** Views