**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MAXWELL ROUX, JOHN DUFF III,
HENRY SMITH, and BRUNO NISPEL,

          Plaintiffs,

      v.

KRISHNA OKHANDIAR (a/k/a Rohit
Okhandiar, Charlotte Fang, Charlie Fang,
Wonyoung Jang, Miya, Xinma33, MissJo, and
Sonya); REMILIA CORPORATION LLC, a
Delaware limited liability company; and
REMILIA INDUSTRIES LLC, a Delaware
limited liability company,

          Defendants.

Case No. 23-1056-GBW

**STIPULATION AND [PROPOSED] ORDER GOVERNING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT**

On April 30, 2026, Plaintiffs Maxwell Roux, John Duff III, Henry Smith and Bruno Nispel

filed their Second Amended Complaint (the "Second Amended Complaint").  D.I. 34.

On June 1, 2026, Krishna Okhandiar, Remilia Corporation LLC, and Remilia Industries,

LLC  moved to dismiss the Second Amended Complaint.  D.I. 38.

IT IS HEREBY STIPULATED, subject to the approval of the Court, as follows:

1.      Plaintiffs shall file their answering brief on or before July 2, 2026.

2.      Defendants shall file their reply on or before July 17, 2026.

Dated:  June 5, 2026

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

-and-

Jonathan P. Hersey (admitted *pro hac vice*)
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: (949) 253-0900
jonathan.hersey@klgates.com

*Attorneys for Plaintiffs*

**CROSS & SIMON, LLC**

*/s/ David G. Holmes*
Christoper P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone:  (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

-and-

Bradley W. Madsen, Esq
Steven J. Joffee, Esq.
Evan S. Strassberg, Esq.
MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Tel: (801) 833-0477
bwmadsen@michaelbest.com
sjoffee@michaelbest.com
esstrassberg@michaelbest.com

*Attorneys for Defendants*

It is so ordered.

_____
The Honorable Gregory B. Williams
United States District Judge

2