

1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DELAWARE 19801

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

DAVID G. HOLMES
DHOLMES@CROSSLAW.COM
(302) 777-4200, EXT. 119

June 16, 2026

**VIA CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

>    Re:    *Roux, et al. v. Okhandiar, et al.*
>            *C.A. No. 1:23-cv-01056-GBW*

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a telephonic meet-and-confer (using audio and video over Microsoft Teams) on June 10, 2026:

Delaware Counsel: David G. Holmes for Defendants; Matthew B. Goeller for Plaintiffs.

Lead Counsel: Evan S. Strassberg for Defendants; Jonathan P. Hersey for Plaintiffs.

The dispute requiring judicial attention is: whether merits discovery and the discovery deadlines in the Scheduling Order (D.I. 27) should be stayed or suspended pending resolution of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (D.I. 38), in which Defendants have moved to dismiss all causes of action in the Second Amended Complaint. Defendants propose that discovery should be stayed and the dates reset after the Court's ruling on the Motion to Dismiss. Plaintiffs oppose staying discovery or moving the current pretrial dates at this time.

Respectfully submitted,

Dated: June 16, 2026

| **K&L GATES LLP** | **CROSS & SIMON, LLC** |
|---|---|
| */s/ Steven L. Caponi* | */s/ David G. Holmes* |
| Steven L. Caponi (No. 3484) | Christopher P. Simon (No. 3697) |
| Matthew B. Goeller (No. 6283) | David G. Holmes (No. 4718) |
| 600 King Street, Suite 901 | 1105 N. Market Street, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 416-7000 | Telephone:  (302) 777-4200 |
| steven.caponi@klgates.com | csimon@crosslaw.com |
| matthew.goeller@klgates.com | dholmes@crosslaw.com |
| | |
| -and- | -and- |
| | |
| Jonathan P. Hersey (admitted *pro hac vice*) | Steven J. Joffee, Esq. |
| K&L GATES LLP | Evan S. Strassberg, Esq. |
| 1 Park Plaza, Twelfth Floor | Bradley W. Madsen, Esq |
| Irvine, California 92614 | MICHAEL BEST & FRIEDRICH LLP |
| Telephone: (949) 253-0900 | 2750 East Cottonwood Parkway, Suite 560 |
| jonathan.hersey@klgates.com | Cottonwood Heights, UT 84121 |
| | Tel: (801) 833-0477 |
| *Attorneys for Plaintiffs* | sjoffee@michaelbest.com |
| | esstrassberg@michaelbest.com |
| | bwmadsen@michaelbest.com |
| | |
| | *Attorneys for Defendants* |