**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL, <br><br>     Plaintiffs, <br><br>           v. <br><br> KRISHNA OKHANDIAR (a/k/a Rohit Okhandiar, Charlotte Fang, Charlie Fang, Wonyoung Jang, Miya, Xinma33, MissJo, and Sonya); REMILIA CORPORATION LLC, a Delaware limited liability company; REMILIA INDUSTRIES LLC, a Delaware limited liability company, <br><br>     Defendants. | C.A. No. 23-1056-GBW |

**STIPULATION AND [PROPOSED] ORDER REGARDING
ENLARGEMENT OF WORD COUNT FOR BRIEFING ON
DEFENDANTS' MOTION TO DISMISS**

On April 30, 2026, Plaintiffs Maxwell Roux, John Duff III, Henry Smith and Bruno Nispel filed their Second Amended Complaint. D.I. 34.

On June 1, 2026, Defendants Krishna Okhandiar, Remilia Corporation LLC, and Remilia Industries, LLC moved to dismiss the Second Amended Complaint. D.I. 38.

On July 2, 2026, Plaintiffs filed their answering brief in opposition to the motion to dismiss. D.I. 44.

Delaware Local Rule 7.1.3(a)(4) provides that: "No opening or answering brief shall exceed 20 pages, and no reply brief shall exceed 10 pages, in each instance exclusive of any table of contents or table of citations."

Section 16 of the Court's Scheduling Order in this case further provides:

> Where page limits are specified by order or rule, the parties shall use
> a word-count limit. For each page allowed by order or rule, the

parties shall use up to 250 words. For example, where the page limit specified by rule is 20 pages, the maximum number of words for a party's submission would be 5,000 (20 x 250). A certification as to the total number of words must be included in any submission.

D.I. 27.

Plaintiffs' counsel inadvertently overlooked Section 16 of the Scheduling Order and filed an answering brief that was 20 pages long, but included approximately 7,300 words and therefore exceeded the 5,000-word limit.

Plaintiffs, therefore, seek leave from the Court for an enlargement of the word count for their answering brief and to allow the answering brief to remain on the docket.

Counsel for Defendants' consent to this request, provided that, subject to the approval of the Court, the word limit for Defendants' reply brief be enlarged from 2,500 words to 4,000 words.

IT IS HEREBY STIPULATED, subject to the approval of the Court, as follows:

1.      Plaintiffs are granted an enlargement of the word limit for their answering brief, and the answering brief shall remain on the docket at D.I. 44.

2.      The word limit for Defendants' reply brief shall be enlarged to 4,000 words.

Dated: July 8, 2026

**K&L GATES LLP**

/s/ Matthew B. Goeller
Steven L. Caponi (No. 3484)
Matthew Goeller (No. 6283)
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steve.caponi@klgates.com
matthew.goeller@klgates.com

-and-

**CROSS & SIMON, LLC**

/s/ David G. Holmes
Christoper P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

-and-

Jonathan P. Hersey (admitted pro hac vice)
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: (949) 253-0900
jonathan.hersey@klgates.com

*Attorneys for Plaintiffs*

**MICHAEL BEST & FRIEDRICH LLP**
Bradley W. Madsen
Steven J. Joffee
Evan S. Strassberg
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 8412
Tel: (801) 833-0477
bwmadsen@michaelbest.com
sjoffee@michaelbest.com
esstrassberg@michaelbest.com

*Attorneys for Defendants*

It is so ordered.


_____
The Honorable Gregory B. Williams
United States District Judge