**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISHNA OKHANDIAR, REMILIA CORPORATION LLC, a Delaware limited liability company, and REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>Defendants. | C.A. No. 1:23-cv-01056-GBW |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**BRADLEY W. MADSEN AS COUNSEL TO DEFENDANTS**

PLEASE TAKE NOTICE that Bradley W. Madsen of Michael Best & Friedrich LLP, hereby withdraws as counsel for Defendants. Steven J. Joffee and Evan S. Strassberg of Michael Best & Friedrich LLP will remain as counsel, along with Christopher Simon and David G. Holmes of Cross & Simon, LLC.

Dated: September 1, 2026

CROSS & SIMON, LLC

*/s/ David G. Holmes*

Christopher P. Simon (No. 3697)
David G. Holmes (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

- and -

Bradley W. Madsen, Esq
Steven J. Joffee, Esq.
Evan S. Strassberg, Esq.
MICHAEL BEST & FRIEDRICH LLP
650 S. Main St., Suite 500
Salt Lake City, Utah 84101
Tel: (385) 695-6450
bwmadsen@michaelbest.com
sjoffee@michaelbest.com
esstrassberg@michaelbest.com

*Attorneys for Defendants
Krishna Okhandiar, Remilia Corporation
LLC, and Remilia Industries LLC*