**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAXWELL ROUX, JOHN DUFF III, HENRY SMITH, and BRUNO NISPEL,<br><br>Plaintiffs,<br><br>v.<br><br>KRISHNA OKHANDIAR, REMILIA CORPORATION LLC, a Delaware limited liability company, and REMILIA INDUSTRIES LLC, a Delaware limited liability company,<br><br>Defendants. | C.A. No. 1:23-cv-01056-GBW |

**NOTICE OF DEPOSITION OF PLAINTIFF JOHN DUFF III**

PLEASE TAKE NOTICE that Defendants, by and through their undersigned counsel, will take the deposition of Plaintiff John Duff III beginning at 8:00 AM EST on December 17, 2026, and will continue until completed. Said deposition will take place at the office of Michael Best & Friedrich LLP, 600 Third Avenue, 35th Floor, New York, NY 10016 and will be recorded by stenographic means and may also be video recorded.

Dated: October 30, 2026

CROSS & SIMON, LLC

*/s/ David G. Holmes*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Tel: (302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

- and -

Steven J. Joffee, Esq.
Evan S. Strassberg, Esq.
MICHAEL BEST & FRIEDRICH LLP
650 S. Main St., Suite 500
Salt Lake City, Utah 84101
Tel: (385) 695-6450
sjoffee@michaelbest.com
esstrassberg@michaelbest.com

*Attorneys for Defendants*
*Krishna Okhandiar, Remilia Corporation*
*LLC, and Remilia Industries LLC*